## Starke v. The State.

Appeal from the Circuit Court of Conecuh.
Tried before the Hon. N. D. Denson.

John D. Burnett, for appellant.

William C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling spiritous, vinous and malt liquors without a license and contrary to law. On appeal the judgment of conviction was affirmed.

Opinion by Haralson, J.

---

## Day *et al.* v. Prior.

Appeal from Barbour Chancery Court.
Heard before the Hon. H. D. Clayton, Special Chancellor.

A. H. Merrill and W. S. Thorington, for appellant.

G. L. Comer, *contra.*

The bill in this case was filed by the appellee against the appellants, to have a certain note and mortgage and deed delivered up and cancelled as a cloud on complainants' title. The appeal is from a decree of the chancellor confirming the report of the register which was made upon a reference to ascertain what, if anything, was due upon the mortgage. In his report the register announced that there was nothing due, and the chancellor confirmed the report and granted the relief prayed for, accordingly. The court holds that it is not shown that the register's conclusion of fact, which was confirmed by the chancellor, was palpably wrong and clearly erroneous, but to the contrary that the conclusion was justified by the evidence; and the decree of the chancellor is, therefore, affirmed.

Opinion by McClellan, J.